AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>THOMAS GORTON BRYANT<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:16-mj1019<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2016__ in the county of __Quitman__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Through an instrument of interstate commerce willfully threatened and maliciously conveyed false information knowing it to be false concerning an attempt or alleged attempt to damage and destroy a buidling or buildings by means of explosives. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Blount FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/24/2016  4:55 pm__

_____
*Judge's signature*

City and state: __Greenville, MS__

Magistrate Judge Jane M. Virden
*Printed name and title*