# AFFIDAVIT

My name is Daniel Blount. I have been a Special Agent with the Federal Bureau of Investigation for approximately 14 years working terrorism and national security matters. Everything contained in this Affidavit has come to me through my own personal investigation or other reliable law enforcement sources.

On the morning of October 24, 2016 at approx. 6:50 am CST, Kevin Matthews, a city worker in Lambert, MS, found what looked to be an explosive device leaning against the back door of City Hall in Lambert, MS. Also, on this same date approx. 11 phone calls were made between 7:22 and 7:39 am CST by an unknown male later identified as THOMAS GORTON BRYANT to the Quitman County Sheriff's Office who said there was a bomb in Lambert, MS. And it is not the only one.

According to the cell phone provider, Cellular South, the cell phone number that made that phone call to the Quitman County Sheriff's Office is registered to THOMAS GORTON BRYANT. After receiving the phone call, we replayed the bomb threat message and Tim Douglas, an MBI agent who knows the defendant, identified the caller through voice recognition as THOMAS GORTON BRYANT. During all the phone calls that were made, BRYANT used *67 to block his number.

While the device that was found did appear to be an explosive device, the opinion of explosives experts who detonated the device is that it was not an actual explosive device, pending further testing.

Accordingly, I have probable cause to believe that THOMAS GORTON BRYANT has, through the use of a telephone, a listed instrumentality of interstate commerce, willfully made a threat and maliciously conveyed false information knowing it to be false, concerning an attempt or an alleged attempt to damage and destroy buildings by means of explosives in violation of 18 U.S.C. § 844(e). Therefore, I request authority to arrest THOMAS GORTON BRYANT and to search his person for any relevant evidence.

_____
Special Agent Daniel C. Blount, FBI

Sworn to and subscribed before me, this the 24th day of October, 2016.

_____
JANE M. VIRDEN, Magistrate Judge